# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BARTON GERSTEL,<br><br>Defendant. | Case No. 4:15-cv-04713-YGR<br><br>**[PROPOSED]** ORDER GRANTING IN PART DEFENDANT'S REQUEST FOR CONTINUANCE |

Having considered *pro se* defendant's request for a continuance (Dkt. No. 21), and the response by plaintiffs (Dkt. No. 22), the Court **GRANTS IN PART** the request and **STAYS** all proceedings in this case through **June 3, 2016**.

This Order terminates Docket Number 21.

**IT IS SO ORDERED.**

Dated: March 7, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge

1