UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BARTON GERSTEL,<br><br>    Defendant. | Case No. 15-cv-04713-YGR (DMR)<br><br>**ORDER TO FILE RESPONSE**<br>Re: Dkt. No. 28 |

On July 19, 2016, Plaintiffs DISH Network L.L.C., EchoStar Technologies, L.L.C., and NagraStar LLC (collectively "Plaintiffs") filed a unilateral discovery letter to compel Defendant Barton Gerstel ("Defendant") to respond to Plaintiffs' interrogatories, requests for production of documents, and to provide his initial disclosures required under Federal Rule of Civil Procedure 26(a)(1)(A). [Docket No. 28.]

Defendant is ordered to file a response to the Plaintiffs' unilateral discovery letter **by July 29, 2016**. The response shall be no more than two pages and shall comply with the court's order regarding discovery procedures. [Docket No. 27.]

The court refers Defendant to the section "Representing Yourself" on the Court's website, located at http://cand.uscourts.gov/proselitigants, as well as the Court's Legal Help Centers for unrepresented parties.

//
//
//
//
//
//

In San Francisco, the Legal Help Center is located on the 15th Floor, Room 2796, of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. In Oakland, the Legal Help Center is located on the 4th Floor, Room 470S, of the United States Courthouse, 1301 Clay Street, Oakland.

**IT IS SO ORDERED.**

Dated: July 20, 2016

Donna M. Ryu
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BARTON GERSTEL,<br><br>　　　　Defendant. | Case No.  4:15-cv-04713-YGR   (DMR)<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on July 20, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barton  Gerstel
P.O. Box 703
Oakland, CA 94604-0703

Dated: July 20, 2016

　　　　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　Ivy Lerma Garcia, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　　Honorable DONNA M. RYU