United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C., et al.,<br>　　　　Plaintiffs,<br>　　v.<br>BARTON GERSTEL,<br>　　　　Defendant. | Case No. 15-cv-04713-YGR (DMR)<br><br>**ORDER TO SHOW CAUSE** |

　　　　On July 19, 2016, Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC (collectively "Plaintiffs") filed a unilateral discovery letter brief moving the court to compel Defendant Barton Gerstel to respond to Plaintiffs' First Set of Interrogatories and First Set of Requests for Production, and to provide his initial disclosures required under Federal Rule of Civil Procedure 26(a)(1)(C). Plaintiffs' Discovery Letter [Docket No. 28].

　　　　On July 20, 2016, the court ordered Defendant to file a response to Plaintiffs' unilateral discovery letter by July 29, 2016. July 20, 2016 Order to File Response [Docket No. 29]. The court also referred Defendant to the court's resources for pro se litigants. *Id.*

//
//
//
//
//
//
//
//
//

1   Defendant has not filed a response.  The court hereby orders Defendant to file a response
2   to Plaintiffs' July 19, 2016 unilateral discovery letter brief by August 9, 2016, and also explain
3   why he should not be sanctioned for his failure to respond to the court's July 20, 2016 Order.  If
4   Defendant does not respond or otherwise oppose the motion, Plaintiffs' motion to compel
5   Defendant to respond to discovery and to provide his initial disclosures may be granted.
6   Defendant may also be sanctioned for failing to comply with the court's order.
7   **IT IS SO ORDERED.**

9   Dated: August 2, 2016

_____
Donna M. Ryu
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DISH NETWORK L.L.C., et al.,

   Plaintiffs,

  v.

BARTON GERSTEL,

   Defendant.

Case No. 4:15-cv-04713-YGR   (DMR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/2/2016, I SERVED a true and correct copy(ies) of the attached Order to Show Cause, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barton Gerstel
P.O. Box 703
Oakland, CA 94604-0703

Dated: 8/2/2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU