UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DISH NETWORK L.L.C., ET AL.**,

    Plaintiffs,

    v.

**BARTON GERSTEL**,

    Defendant.

Case No. 15-cv-04713-YGR

**SCHEDULING AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD**

The Court has reviewed and considered the joint case management statement, finds that no need exists for an in-person conference, and hereby **SETS** the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, February 13, 2017 at 2:00 p.m. |
| PREVIOUSLY REFERRED TO ADR FOR COURT MEDIATION TO BE COMPLETED BY: | February 10, 2017 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only by leave of the Court |
| NON-EXPERT DISCOVERY CUTOFF: | January 27, 2017 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: December 2, 2016<br>Rebuttal: December 23, 2016 |
| EXPERT DISCOVERY CUTOFF: | January 27, 2017 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | March 21, 2017 (filed by 2/14/17) |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, April 7, 2017 at 9:01 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| JOINT PRETRIAL CONFERENCE STATEMENT: | April 14, 2017 |
| PRETRIAL CONFERENCE: | Friday, April 28, 2017 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, May 15, 2017 at 8:30 a.m. for two days |
| | (Bench Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, April 7, 2017 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. By **March 31, 2017**, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

The Court **VACATES** the Case Management Conference currently set for Monday, November 14, 2016.

**IT IS SO ORDERED.**

Dated: November 9, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**